**Order entered April 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00311-CV

**IN THE INTEREST OF E.S., C.S., AND G.S., MINOR CHILDREN**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85,668**

**ORDER**

At the request of court reporter Julie C. Vrooman, we extended the deadline for filing the reporter's record in this appeal to April 13, 2020. To date, however, the reporter's record has not been filed.

Because this is an accelerated appeal in a parental termination case and the record was first due March 16, 2020, we **ORDER** Ms. Vrooman to file the reporter's record no later than April 28, 2020. We caution Ms. Vrooman that failure to comply may result in the Court taking such action as is necessary to ensure compliance including ordering she not sit as a court reporter until the record is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Keli Aiken, Presiding Judge of the 354th Judicial District Court; Ms. Vrooman; and, the parties.

/s/    BILL WHITEHILL
         JUSTICE